IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVERETT DONOVAN WILLIAMS, | : | Civil No. 3:25-cv-1257 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN, FCI-ALLENWOOD LOW, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 27th day of October, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.
2. The remaining pending motion (Doc. 2) is **DISMISSED** as moot.
3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge